UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 24573
    EDWARD ANTHONY KOZACEK
    AUDREY LOUISE KOZACEK                        CHAPTER 13

                                                JUDGE: BRUCE W BLACK

        Debtor
    SSN XXX-XX-8412    SSN XXX-XX-9476

------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 06/30/04 and confirmed on 09/07/04.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  21400.00 .

    4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| HEALTHCARE ASSOC CREDIT | SECURED | 10025.00 | 986.27 | 10025.00 |
| FAIRSHARE VACATION OWNER | UNSECURED | 248.00 | .00 | 37.20 |
| ECAST SETTLEMENT CORP | UNSECURED | 922.30 | .00 | 138.35 |
| CAPITAL ONE FINANCIAL | UNSECURED | 10115.06 | .00 | 1517.26 |
| BENEFICIAL | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 5653.39 | .00 | 848.01 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 8660.79 | .00 | 1299.12 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 6031.63 | .00 | 904.74 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1338.61 | .00 | 200.79 |
| KOHLS | UNSECURED | 907.39 | .00 | 136.11 |
| BASS & ASSOCIATES | UNSECURED | 728.33 | .00 | 109.25 |
| SAMS | UNSECURED | NOT FILED | .00 | .00 |
| CHASE HOME FINANCE | MORTGAGE ARRE | 520.11 | .00 | 520.00 |
| CHASE HOME FINANCE | COST OF COLLE | 450.00 | .00 | 450.00 |
| HEALTHCARE ASSOC CREDIT | UNSECURED | 2571.96 | .00 | 385.79 |

        Summary of disbursements:
------------------------------------------------------------------------

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 10545.11 | 450.00 | 37177.46 | .00 | 48172.57 |
| PRINCIPAL PAID | 10545.00 | 450.00 | 5576.62 | .00 | 16571.62 |
| INTEREST PAID | 986.27 | .00 | .00 | .00 | 986.27 |
| TOTAL PAID | 11531.27 | 450.00 | 5576.62 | .00 | 17557.89 |

The Debtor's attorney, PETER FRANCIS GERACI        , was allowed $  2700.00
and was paid $   2700.00 .

The Trustee received $    938.28 .

Refunds to the Debtor totaled $    203.83 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 10/08/08                    /S/
                              GLENN STEARNS
                              CHAPTER 13 TRUSTEE


                              PAGE   2
     CASE NO. 04 B 24573 EDWARD ANTHONY KOZACEK & AUDREY LOUISE KOZACEK